Case 1:08-cv-00438-RWR   Document 2   Filed 03/13/2008   Page 1 of 1

CO-386-online
10/03

**FILED**

MAR 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## For the District of Columbia

Visiting Nurse Association of Texas, Inc. )
)
)
            Plaintiff )
   vs )     Civil Action
)
Michael O. Leavitt, Secretary, United States )
Department of Health and Human Service )
)
            Defendant )

Case: 1:08-cv-00438
Assigned To : Roberts, Richard W.
Assign. Date : 3/13/2008
Description: Admn. Agency Review

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Visiting Nurse Association of Texas, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Visiting Nurse Association of Texas, Inc.  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

445832
BAR IDENTIFICATION NO.

William A. Dombi
Print Name

228 7th St, SE
Address

Washington, DC 20003
City          State          Zip Code

202-547-5262
Phone Number

2