AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

VISITING NURSE ASSOCIATION OF
TEXAS, INC.

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL O. LEAVITT, SECRETARY
US DEPARTMENT OF HEALTH AND
HUMAN SERVICES

Case: 1:08-cv-00438
Assigned To : Roberts, Richard W.
Assign. Date : 3/13/2008
Description: Admn. Agency Review

CAS

TO: (Name and address of Defendant)

Michael O. Leavitt
Secretary
US Department of Health and Human Services
200 Independence Ave., SW
Washington, D.C. 20202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Dombi
Center for Health Care Law
228 7th Street, SE
Washington, D.C. 20003

an answer to the complaint which is served on you with this summons, within _____60 days_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     MAR 13 2008

CLERK                                                                            DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE March 25, 2008 |
| NAME OF SERVER (PRINT) CAROL NELSON | TITLE Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by Certified Mail on March 14, 2008 with Electronic Verification of Receipt on March 19, 2008.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 25, 2008            Carol Nelson
             *Date*                    *Signature of Server*

Center for Health Care Law
228 7th St, SE
*Address of Server*
Washington, DC 20003

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.