AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

VISITING NURSE ASSOCIATION OF
TEXAS, INC.

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL O. LEAVITT, SECRETARY
US DEPARTMENT OF HEALTH AND
HUMAN SERVICES

CASE

Case: 1:08-cv-00438
Assigned To : Roberts, Richard W.
Assign. Date : 3/13/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

United States Attorney
District of Columbia
Judiciary Center Building
555 4th Street, NW
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William A. Dombi
Center for Health Care Law
228 7th Street, SE
Washington, D.C. 20003

an answer to the complaint which is served on you with this summons, within ___60 days___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             MAR 13 2008

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | March 25, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| CAROL NELSON | Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service by Certified Mail on March 14, 2008 with Electronic Verification of Receipt on March 24, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 25, 2008     Carol Nelson
             Date                Signature of Server

Center for Health Care Law
228 7th St, SE
Washington, DC 20003
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.