UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISITING NURSE ASSOCIATION OF TEXAS, ) ) ) ) Plaintiff, ) ) v. ) ) MICHAEL O. LEAVITT, ) Secretary, United States Department of ) Health and Human Services, ) ) ) Defendant. ) | Civ. Action No. 08-0438 (RWR) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for the Defendant in the above-captioned case.

                                                                       Respectfully submitted,

                                                                         /s/
                                                               CHRISTOPHER B. HARWOOD
                                                               N.Y. Reg. No. 4202982
                                                               Assistant United States Attorney
                                                               United States Attorney's Office
                                                                Civil Division
                                                                555 4th Street, N.W.
                                                                Washington, D.C. 20530
                                                                (202) 307-0372