UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISITING NURSE ASSOCIATION OF TEXAS, INC., ) ) ) | |
| Plaintiff, ) ) | Case No. 1:08-cv-00438 (RWR) |
| v. ) ) | |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, ) ) ) ) | |
| Defendant. ) ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 60-day enlargement of time, up to and including July 23, 2008, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Civil Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on May 16, 2008, regarding the instant motion. Plaintiff, through counsel, has consented to the requested extension. In support of the instant motion, the Secretary states as follows:

1. Plaintiff instituted this action with the filing of its Complaint on March 13, 2008. The United States Attorney's Office for the District of Columbia was served with the Complaint on March 24, 2008, and thus the current deadline for the Secretary's response to the Complaint is May 23, 2008. *See* Fed. R. Civ. P. 12(a)(2).

2. Plaintiff challenges a decision by the Provider Reimbursement Review Board. The Medicare payment issues and legal issues in this action are complex and require careful investigation of the administrative record before the Secretary can answer or otherwise respond to the Complaint.

3. The Office of the Attorney Advisor ("OAA") within CMS is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes and, thus, its workload is quite heavy.

4. The Secretary's counsel only recently received the administrative record for this action from the OAA, and will need time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint.

5. In order to allow sufficient time for the Secretary's counsel to review the record, to consult with the agency, and to prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of 60 days, up to and including July 23, 2008, within which to answer or otherwise respond to the Complaint.

6. This request is made in good faith and not for purposes of delay.

7. The Secretary has not previously requested or been given an extension of time to respond to Plaintiff's Complaint.

8. There are no other previously scheduled deadlines in this case that this request for an extension would affect.

A proposed Order is attached.

                              Respectfully submitted,


                              /s/
                            JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


                              /s/
                            CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372


                              /s/
                            LAWRENCE J. HARDER
Supervisory Trial Attorney
ANDREW S.M. TSUI
Law Clerk
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-02-24
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1895

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel
JANICE L. HOFFMAN
Associate General Counsel
MARK D. POLSTON
Deputy Associate General
 Counsel for Litigation
United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISITING NURSE ASSOCIATION OF TEXAS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, | ) ) ) ) |
| Defendant. | ) ) ) |

Case No. 1:08-cv-00438 (RWR)

## **ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 2008, hereby

ORDERED that Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including July 23, 2008, to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel