UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISITING NURSE ASSOCIATION OF TEXAS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, )<br>)<br>Defendant. )<br>) | Case No. 1:08-cv-00438 (RWR) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 30-day enlargement of time, up to and including August 22, 2008, within which to respond to Plaintiff's Complaint. In support of the instant motion, the Secretary states as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary denying Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions of the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C.§ 701 et seq.

3. The United States Attorney's Office for the District of Columbia was served with

Plaintiff's Complaint in this action on March 24, 2008. Thus, the Secretary's response to the Complaint was initially due on May 23, 2008.

4. On May 20, 2008, the Secretary moved this Court (with the consent of Plaintiff) for an extension of time to July 23, 2008 to file its response to the Complaint. This Court granted the Secretary's motion by Minute Order dated May 22, 2008.

5. Since late May 2008, agency counsel has been attempting to ascertain whether his client, the Secretary, wishes to pursue the possibility of settlement with respect to this matter. On July 18, 2008, agency counsel was for the first time informed that his client does in fact want to pursue the possibility of a negotiated compromise with respect to this litigation. Since that date, the parties have engaged in preliminary settlement discussions; it appears that the parties may be able to resolve this matter (or at least narrow the issues that need to be litigated) through a negotiated compromise.

6. In light of the above, the Secretary respectfully requests that he be granted an additional 30 days (until August 22, 2008) to respond to the Complaint to give the parties sufficient time to pursue the possibility of settlement.

7. As indicated above, this is the second enlargement of time sought by the Secretary in this case as to its obligation to respond to the Complaint. This motion is being submitted in good faith and not for purposes of delay. If granted, the requested enlargement will not impact any other deadlines in this case since no scheduling order has yet been entered.

8. Pursuant to Local Civil Rule 7(m), on July 21, 2008, the Secretary's counsel conferred with counsel for Plaintiff via email and telephone about the instant motion. Plaintiff's counsel stated that Plaintiff consents to the relief requested herein.

A proposed Order is attached.

                              Respectfully submitted,

                              /s/
                            JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610


                              /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372


                              /s/
LAWRENCE J. HARDER
Supervisory Trial Attorney
ANDREW S.M. TSUI
Law Clerk
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-02-24
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1895

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
 Counsel for Litigation

United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISITING NURSE ASSOCIATION OF TEXAS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of the )<br>United States Department of Health and )<br>Human Services, )<br>)<br>Defendant. )<br>) | Case No. 1:08-cv-00438 (RWR) |

**ORDER**

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint (Defendant's "Consent Motion"), and the entire record herein, it is this _____ day of _____, 2008:

ORDERED that Defendant's Consent Motion is hereby granted; and it is

FURTHER ORDERED that Defendant shall have up to and including August 22, 2008, to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel