UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISITING NURSE ASSOCIATION OF TEXAS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:08-cv-00438 (RWR) |

### JOINT MOTION FOR STAY OF PROCEEDINGS TO MEMORIALIZE A SETTLEMENT AGREEMENT

The parties to this action, by and through their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 6(b)(1), for a stay of 60 days of the proceedings in this action in order to memorialize a settlement agreement of this action. In support of this motion, the parties state the following:

1. The Secretary currently must answer or otherwise move in response to Plaintiff's Complaint by August 22, 2008.

2. Earlier this week, the parties reached an agreement in principle to resolve this action without resort to further judicial intervention. However, despite the parties' diligent efforts, they will not be able to finalize and memorialize their settlement agreement before the Secretary's response to the Complaint is due on August 22, 2008.

3. The parties believe that a stay of proceedings for a period of 60 days will allow them sufficient time to obtain the requisite approvals from their clients, memorialize their

settlement agreement and move for the voluntary dismissal of this action, thereby obviating the need for the filing of further pleadings by the parties and conserving the time and resources of both the parties and the Court.  Within 30 days of the filing of the instant motion, the parties will provide the Court with a status report regarding the progress of the settlement.

WHEREFORE, the parties respectfully request that the Court grant a stay of proceedings pending a final settlement agreement for a period of 60 days, until October 22, 2008.

Respectfully submitted,

__/s/_____
WILLIAM A. DOMBI
Counsel for Plaintiff
D.C. Bar No. 445832
Center for Health Care Law
228 Seventh Street, SE
Washington, DC 20003

__/s/_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

__/s/_____
CHRISTOPHER HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372

__/s/_____
LAWRENCE J. HARDER
Supervisory Trial Attorney
ANDREW S.M. TSUI
Law Clerk
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-02-24
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-1895

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
 Counsel for Litigation

United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VISITING NURSE ASSOCIATION OF TEXAS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of the )<br>United States Department of Health and )<br>Human Services, )<br>)<br>Defendant. )<br>) | Case No. 1:08-cv-00438 (RWR) |

## ORDER

Having considered the Joint Motion for a Stay of Proceedings to Memorialize a Settlement Agreement, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the Joint Motion for a Stay of Proceedings to Memorialize a Settlement Agreement is hereby granted, and it is

FURTHER ORDERED that the parties shall have up to and including October 22, 2008, to finalize and memorialize their agreement, and it is

FURTHER ORDERED that the parties shall file a joint status report regarding the progress of their settlement by September 22, 2008.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel